UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                 Case No.  18-cr-20594

vs.                                     Honorable Linda V. Parker

D-1 Hector Molina,
D-3 Andrew Adcock,

        Defendants.

---

## Forfeiture Bill of Particulars

---

The United States of America, by and through its counsel, submits this Forfeiture Bill of Particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to supplement and clarify the forfeiture allegations contained in the Indictment (Dkt. # 1), and to provide notice of specific property the Government intends to forfeit upon conviction.

Pursuant to 18 U.S.C. § 924(d)(1), upon conviction of the Title 18 violation alleged in Count Five of the Indictment, Defendant Hector Molina shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), any firearm or ammunition involved in said offense including, but not limited to a:

1. Hi-Point, Model JCP, .40 caliber semiautomatic pistol, serial number X7146477, and its ammunition.

Pursuant to 18 U.S.C. § 924(d)(1), upon conviction of a Title 18 violation alleged in Count Six, Count Eight, Count Nine, Count Eleven, or Count Twelve of the Indictment, Defendant Andrew Adcock shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), any firearm or ammunition involved in said offense, including but not limited to:

1. Hi-Point, Model JCP, .40 caliber semiautomatic pistol, serial number X7146477, and its ammunition;

2. Rossi, .38 caliber revolver, serial number W061953, and its ammunition;

3. Hi-Point, Model 4095, .40 caliber rifle, serial number H23948, and its ammunition;

4. Desert Eagle, .41/44 Magnum caliber, semi-automatic pistol, serial number 107493, and its ammunition.

Such notice does not limit the Government from seeking the forfeiture of additional specific property or limit the Government from seeking the imposition of a forfeiture money judgment.

        Respectfully submitted,

        MATTHEW SCHNEIDER
        United States Attorney

        <u>s/Shankar Ramamurthy</u>
        SHANKAR RAMAMURTHY
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI  48226-3211
        (313) 226-9562
        shankar.ramamurthy@usdoj.gov

Dated:   October 25, 2018

## *CERTIFICATION OF SERVICE*

I hereby certify that on October 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

s/Shankar Ramamurthy
SHANKAR RAMAMURTHY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9562
shankar.ramamurthy@usdoj.gov
