UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,               Case No.  18-cr-20594

vs.                                   Honorable Laurie J. Michelson

D-3 Andrew Adcock,

        Defendant.

## Certificate of Service

I hereby certify that on July 16, 2019, service was made by Paralegal Terence O'Connell upon the following individual(s) of the Notice of Preliminary Order of Forfeiture via first-class and certified U.S. Mail to:

| | |
|---|---|
| Jamie J. McDaniel<br>519 Carrill Ct., Apt. 1<br>Flint, MI 48503 | Joemar L. Black<br>4114 Marvin<br>Flint, MI 48505 |

                                            s/Shankar Ramamurthy
                                            SHANKAR RAMAMURTHY
                                            U.S. Attorneys Office
                                            211 W. Fort Street, Ste. 2001
                                            Detroit, MI 48226
                                            (313) 226-9562
                                            shankar.ramamurthy@usdoj.gov